IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02373-BNB

MAKYNNA HIGH,

Plaintiff,

v.

JIK, INC., a Colorado corporation, d/b/a Denny's Restaurant,
JUN KIM, and
DAN BYRNES,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion to Continue the December 10 Hearing or Permit Counsel to Participate by Telephone** [docket no. 37, filed December 7, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the hearing on the **Plaintiff's Motion to Compel Mandatory Rule 26(a)(1) Initial Disclosures from Defendants** [33] set for December 10, 2012, is **vacated and reset to December 21, 2012, at 8:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 7, 2012