IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 12-cv-02373-BNB-KLM | Date: January 4, 2013 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MAKYNNA HIGH | Thomas H. Stocker |
| **Plaintiff(s)** | |
| v. | |
| JIK, INC | Kenneth E. Peck |
| JUN KIM | |
| DAN BYRNES | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:29 a.m.   Appearance of counsel.

Argument presented on [33] Motion to Compel Mandatory Rule 26 (A)(1) Initial Disclosures from Defendants and [40] Plaintiff's Motion for Forthwith Issuance of a Protective Order to Protect Personal Identity Information Pursuant to Fed.R.Civ.Proc. 5.2(e)(2) and for Sanctions.

**ORDERED:** **[33] Motion to Compel Mandatory Rule 26 (A)(1) Initial Disclosures from Defendants is DENIED as moot.**

**[40] Plaintiff's Motion for Forthwith Issuance of a Protective Order to Protect Personal Identity Information Pursuant to Fed.R.Civ.Proc. 5.2(e)(2) and for Sanctions is GRANTED in part and DENIED in part. Document 36-2 is restricted to level 1. Document is to be resubmitted with redactions on or before January 11, 2013. Request for sanctions is DENIED.**

**Supplement to scheduling order to be submitted with statement of defenses on or before January 11, 2013.**

Court in Recess: 9:06 a.m.   Hearing concluded.   Total time in Court: 00:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119