IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02373-BNB

MAKYNNA HIGH,

Plaintiff,

v.

JIK, INC., a Colorado corporation, d/b/a Denny's Restaurant,
JUN KIM, and
DAN BYRNES,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Compel Mandatory Rule 26(a)(1) Initial Disclosures from Defendants** [Doc. # 33, filed 11/29/1012] (the "Motion to Compel"); and

(2) **Plaintiff's Motion for Forthwith Issuance of a Protective Order to Protect Personal Identity Information** [Doc. # 40, filed 12/11/2012] (the "Motion to Restrict Access").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 33] is DENIED as moot;

(2) The Motion to Restrict Access [Doc. # 40] is GRANTED. The Clerk of the Court is directed to RESTRICT ACCESS to Doc. # 36-2 at Level 1. On or before January 11, 2013, the defendants shall file a substitute Doc. # 36-2 with all confidential and sensitive information redacted; and

(3)     On or before January 11, 2013, the defendants shall supplement the Scheduling Order [Doc. # 26] with their statement of defenses.

Dated January 4, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge