IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02373-BNB-KLM

MAKYNNA HIGH,

Plaintiff,

v.

JIK, INC., a Colorado corporation, d/b/a Denny's Restaurant,
JUN KIM, and
DAN BYRNES,

Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter arises on the parties' **Stipulation for Dismissal With Prejudice** [Doc. # 91, filed 12/2/2013] (the "Stipulation").  Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., allows parties to dismiss a case "without a court order" by filing a "stipulation of dismissal signed by all parties who have appeared."  Here, however, the parties' Stipulation specifically requests an order dismissing the action, with prejudice, with each party to pay his, her, or its own attorneys fees and expenses.  Good cause has been shown.

IT IS ORDERED that the action is dismissed, with prejudice, each party to pay his, her, or its own attorneys fees and expenses.

Dated December 3, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge